JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ONZA MURPHY,                    ) NO. CV 17-3320-GW (KS)
      Petitioner,       )
   v.                           ) JUDGMENT
                                )
RAYMOND MADDEN,                 )
      Respondent.       )
_____)

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 17, 2018

                                                GEORGE H. WU
                                         UNITED STATES DISTRICT JUDGE